IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Vs.  CASE NO.  4:11cr00196-01  JMM

ERWIN SHANE STAMPER

ORDER

Pending before the Court is defense counsel's motion to withdraw (DE #20).  The Court is hesitant to grant the motion, but because the motion indicates there is a breakdown in the attorney-client relationship, there is no choice.  The motion to withdraw is granted. The Court thanks Ms. Fowler for her efforts and the work put into this case.

The defendant having been previously found eligible for appointment of counsel, Mr. Jack R. Kearney is hereby appointed to represent the defendant in the above case.

In order to allow Mr. Kearney time to prepare for trial, the jury trial scheduled October 1, 2012 is rescheduled for **Monday, November 5, 2012** at 9:15 a.m.  The parties are directed to submit simultaneous jury instructions on or before **October 26, 2012.**  It is not necessary to include the standard opening and closing instructions.  Core instructions shall be submitted on a compact disc in WordPerfect 6.1 or higher format or by e-mail to jmmchambers@ared.uscourts.gov.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A). The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 19th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE